[Dkt 8]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>D&A OIL, INC.,<br><br>　　　　　　Defendant. | Civil Action No.; 1:21-cv-10045-RMB-MJS |

## DEFAULT JUDGMENT

This action having been commenced on April 22, 2021 by the filing of the Complaint, and, subsequently, a copy of the Summons and Complaint having been properly served on the defendant D&A Oil, Inc. on April 29, 2021, an Affidavit of Service having been filed as to D&A Oil, Inc. on May 5, 2021, D&A Oil, Inc. not having answered the Complaint, the time for answering the Complaint having expired, and the Clerk of the Court properly entering a Certificate of Default on July 15, 2021, it is **HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. Plaintiff JUUL Labs, Inc. is awarded final judgment on its claims for relief against Defendant D&A Oil, Inc. in ~~the amount of $90,000.00~~ *an amount to be determined* \* for statutory damages pursuant to the Lanham Act for infringement and counterfeiting of JUUL Labs, Inc.'s trademarks identified by Registration Numbers 4,818,664, 4,898,257, and 5,918,490 at the United States Patent and Trademark Office.

2. Plaintiff JUUL Labs, Inc. is separately and additionally awarded attorneys' fees of **$8,485.00**.

\* *Plaintiff must do more to justify its request.*

3.  Plaintiff JUUL Labs, Inc. is separately and additionally awarded its costs incurred in the amount of **$692.44**.

4.  Plaintiff JUUL Labs, Inc. is separately and additionally awarded post-judgment interest to accrue on the above monetary awards at the relevant statutory rate.

Furthermore, it is **HEREBY ORDERED, ADJUDGED, AND DECREED** that D&A Oil, Inc., and its respective agents, servants, employees, and representatives and all persons in active concert and participation with them, are hereby permanently **ENJOINED AND RESTRAINED** from:

> (i) engaging or continuing to engage in the infringing, unlawful, unfair, or fraudulent business acts or practices described in the Complaint, including the marketing, sale, distribution, and/or other dealing in any non-genuine JUUL products, including fake counterfeit products or unauthorized grey-market products;
>
> (ii) using without permission any mark or other intellectual property right of JUUL Labs, Inc.;
>
> (iii) acting to infringe federally-registered, registration-pending, and/or common law trademarks owned by JUUL Labs, Inc.;
>
> (iv) falsely designating the origin of any product to be from JUUL Labs, Inc.;
>
> (v) engaging in unfair competition with JUUL Labs, Inc.; or
>
> (vi) acting in any other manner to derogate JUUL Labs, Inc.'s intellectual property rights.

Dated: 11/17/21

HON. RENEE MARIE BUMB
UNITED STATES DISTRICT COURT JUDGE